ACCEPTED
12-13-00338-cr
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/6/2015 4:24:33 PM
CATHY LUSK
CLERK

# Law Offices of Noel D. Cooper

117 North Street, Suite 2
Nacogdoches, Texas 75961

Telephone: (936) 564-9000
Telecopier: (936) 715-6022
noelcooper@noelcooper.com

February 6, 2015

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

2/6/2015 4:24:33 PM

CATHY S. LUSK
Clerk

Cathy Lusk, Clerk
TWELFTH COURT OF APPEALS
1517 West Front Street, Suite 354
Tyler, Texas 75702

   RE.: Appellate Docket No. 12-13-00338-CR, *Chad Alan Carney v. State of Texas*, pending in the Twelfth Court of Appeals

Dear Ms. Lusk:

   I have complied with TEX. R. APP. P. 48.4. Enclosed for filing please find copies of the postmarked U.S. Postal Service Certified Mail receipt addressed to Mr. Carney at the address below and an electronic return receipt in compliance with TEX. R. APP. P. 48.4. I have also enclosed a screen print of the transaction details tracking the delivery.

   I appreciate your time and attention to this matter.

         Very truly yours,

         /s/Noel D. Cooper

         Noel D. Cooper

Enclosures

cc: Nacogdoches County District Attorney

   Chad Alan Carney
   TDCJ-ID # 01886931
   Eastham Unit
   2665 Prison Road #1
   Lovelady, TX 75851

U.S. Patents 5,717,597, 5,812,991, 6,244,763, 6,249,777, 6,868,406, 6,889,214, 7,035,110, 7,036,066, 7,336,070, 7,343,357, 7,490,055, 7,552,040, and 7,613,639

**stamps**.com

Do not tear any perforations until all labels have been printed

Do not tear any perforations until all labels have been printed

Do not tear any perforations until all labels have been printed

## U.S. Postal Service Certified Mail Receipt

ARTICLE NUMBER:: 9414 8118 9956 1566 4180 55

**ARTICLE ADDRESSED TO:**

Chad Alan Carney
TDCJID # 01886931
Eastham Unit
2665 Prison Road #1
Lovelady TX 75851

**FEES**

| | |
|---|---|
| Postage Per Piece | $2.04 |
| Certified Fee | 3.30 |
| Total Postage & Fees: | 5.34 |

NACOGDOCHES, TX 75963
FEB 5 2018
Postmark Here
USPS

Certified Mail With Receipt (SDC-3710)

Top of the page



Date: February 6, 2015

Noel Cooper:

The following is in response to your February 6, 2015 request for delivery information on your Certified Mail™/RRE item number 9414811899561566418055. The delivery record shows that this item was delivered on February 5, 2015 at 1:33 pm in LOVELADY, TX 75851. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service



HELPFUL LINKS

Contact Us

Site Index

FAQs

ON ABOUT.USPS.COM

About USPS Home

Newsroom

USPS Service Updates

Forms & Publications

Government Services

Careers

OTHER USPS SITES

Business Customer Gateway

Postal Inspectors

Inspector General

Postal Explorer

National Postal Museum

Resources for Developers

LEGAL INFORMATION

Privacy Policy

Terms of Use

FOIA

No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

Twitter

Search or Enter a Tracking Number